IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | } CASE NO: | 12-33421-DHW |
| Bruce Johnson | } CHAPTER: | 13 |
| Debtor(s) | } | |
| | } | |

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 11
## FILED BY BANK OF AMERICA, N.A.

Comes now BANK OF AMERICA, N.A. its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and hereby withdraws Claim #11 and seeks an order by this Honorable Court allowing said claim as filed; and in support thereof, the Creditor avers as follows:

1. The Creditor reanalyzed the Debtor's escrow account as of the date of the bankruptcy filing to remove any escrow shortage accrued pre-petition from the ongoing post-petition payments. This is required by Rule 3001 (c)(2)(C). The escrow statement included with the proof claim explains the new analysis.

2. The escrow payment amounts made by the Debtor since the case was filed were all based on the $124.69 in escrow shortage being paid by the Chapter 13 Trustee.

3. If the Debtor wishes to pay the $124.69 in escrow shortage directly to the Creditor he may do so with permission from the court.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will allow claim #11 as filed.

Respectfully submitted,

*/s/ Enslen Crowe*
Enslen Crowe (CRO-098)
Attorney for Creditor

OF COUNSEL
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
(205) 918-5013/ fax (205) 212-3864
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing was mailed, first class postage prepaid to the following:

Bruce Johnson
115 Grouby Airport Road
Prattville, AL 36067

and served via electronic case management to:

| | |
|---|---|
| Richard D. Shinbaum | Curtis C. Reding |
| P.O. Box 201 | P. O. Box 173 |
| Montgomery, AL 36101 | Montgomery, AL 36101 |
| rshinbaum@smclegal.com | trustees_office@ch13mdal.com |

On this the 22nd day of Oct, 2014

_Emlen Crowe_
OF COUNSEL