The relief described hereinbelow is SO ORDERED

Done this 19th day of December, 2014.



**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

In Re:                                                        Case No: 12-33421-DHW-13

Bruce Johnson
    SSN:    xxx-xx-1810

    **Debtor**

### ORDER ON DEBTOR'S OBJECTION TO CLAIM 11
### FILED BY BANK OF AMERICA N.A.

    This matter coming before the Court on the Objection to Claim filed by BANK OF AMERICA N.A. (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Objection is sustained, in part.
2. The Creditor may collect the pre-petition escrow shortage of $124.69 disclosed in Claim 11 directly post-petition from the Debtor. That escrow shortage will not paid by the Trustee and will not be discharged.
3. Claim 11 shall be reduced to zero (0) and treated as informational only without need of further amendment.

###END OF ORDER###

This document was prepared by:
Enslen Crowe
Sirote & Permutt, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013

This order was approved by Debtor's attorney and Curtis C. Reding, Trustee.